PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:	510/832-5001
Facsimile:	510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
JAMES LLEWELLYN

Erica L. Rosasco (SBN 220836)
erica@mckaguerosasco.com
Dawn M. Berry (SBN 292335)
dawn@mckaguerosasco.com
**McKAGUE | ROSASCO LLP**
1217 Pleasant Grove Blvd., Suite 120
Roseville, CA 95678
Telephone: (916) 672-6552
Facsimile: (916) 672-6563

Attorneys for Defendants,
MG AUTO CONNECTION, INC. dba
HAYWARD MITSUBISHI;
MOUSA GROUP, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LLEWELLYN,<br><br>    Plaintiff,<br><br>    v.<br><br>MG AUTO CONNECTION, INC. dba HAYWARD MITSUBISHI; MOUSA GROUP, LLC,<br><br>    Defendants. | Case No. 3:20-cv-07319-SK<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

# **STIPULATION**

Plaintiff JAMES LLEWELLYN ("Plaintiff") and Defendants MG AUTO CONNECTION, INC. dba HAYWARD MITSUBISHI; MOUSA GROUP, LLC ("Defendants") by and through their respective attorneys, hereby stipulate and request pursuant to FRCP Rule

1  41(a) that the Court order that all of Plaintiff's claims in this action against Defendants be

2  dismissed with prejudice.   Each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated:  March 29, 2021                          REIN & CLEFTON

                                                                        */s/ Aaron M. Clefton*
By:  AARON M. CLEFTON, ESQ.
Attorneys for Plaintiff
JAMES LLEWELLYN

Dated:  March 29, 2021                          **McKAGUE | ROSASCO LLP**

                                                                           */s/ Erica L. Rosasco*
By: ERICA L. ROSASCO, Esq.
Attorneys for Defendants
MG AUTO CONNECTION, INC. dba
HAYWARD MITSUBISHI;
MOUSA GROUP, LLC

## FILER'S ATTESTATION

      Pursuant to Local Rule 5-1, I hereby attest that on March 29, 2021, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Erica L. Rosasco in the filing of this document.

                                                                           */s/  Aaron Clefton*
                                                                           Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: March 30, 2021

_____
Honorable Sallie Kim
U.S. Magistrate Judge